IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
ST. JOSEPH DIVISION

**EBONY MARTIN, Individually and On Behalf of All Others,**

    Plaintiffs,

vs.

**SYNCHRONY FINANCIAL,**

    Defendant.

Case No.: 5:21-cv-6116

## NOTICE OF REMOVAL

COMES NOW Defendant Synchrony Financial[1] ("Defendant") pursuant to 28 U.S.C. §§ 1331, 1367, 1441, and 1446, and for its Notice of Removal, states as follows:

### The State Court Action

1. The above-entitled action, now pending in the Forty-Third Judicial Circuit Court, Clinton County, Missouri, is a civil action alleging a violation of the Fair Credit Reporting Act ("FCRA").

2. Pursuant to 28 U.S.C. § 1446(a), a copy of all process, pleadings, and orders served upon Defendant is attached hereto as Exhibit A, and the Petition is contained therein.

3. Plaintiff filed her Petition on August 20, 2020. The state court action is styled *Ebony Martin, Individually and on Behalf of All Others v. Synchrony Financial*, bearing Case No. 21CN-CC00046.

---

[1] Plaintiff erroneously names Synchrony Financial as the company from where she sought employment. Plaintiff applied for a position at Synchrony Bank, a wholly owned subsidiary of Synchrony Financial.

4. Defendant was served with a civil summons and a copy of the Petition through its registered agent on August 25, 2021. See Exhibit A. Thus, this Notice of Removal has been timely filed within 30 days as required by 28 U.S.C § 1446(b).

## Jurisdiction and Venue

5. Because the Forty-Third Judicial Circuit Court of Clinton County, State of Missouri is within this district, this Court is the appropriate venue for removal. 28 U.S.C. § 1441(a) and 1446(a).

6. Removal is pursuant 28 U.S.C. § 1331 (federal question).

## Federal Question Jurisdiction

7. This Court possesses original jurisdiction over Plaintiff's Petition because Plaintiff brought a single count claim under United States law. 28 U.S.C. § 1331. Specifically, Plaintiff alleges a violation of the FCRA, 15 U.S.C. § 1681, *et seq*. See Exhibit A, Plaintiff's Petition.

8. District Courts of the United States have jurisdiction over civil actions brought pursuant to the FCRA. 15 U.S.C. § 1681p. Thus, Plaintiff's FCRA claim is within this Court's federal question jurisdiction. 28 U.S.C. § 1331. Pursuant to 28 U.S.C. § 1331, an action within this Court's federal question jurisdiction is removable without regard to the citizenship or residence of the parties.

## Compliance with Procedural Requirements

9. A Civil Cover Sheet and Disclosure of Corporate Interests for Defendant is filed with this Notice.

10. Pursuant to 28 U.S.C. § 1446(d), Defendant is filing today a Notice to the Circuit Clerk with the Clerk of the Forty-Third Judicial Circuit Court of Missouri.

11. Pursuant to 28 U.S.C. § 1446(d), Defendant is sending today a Notice to Plaintiff, stating that a Notice of Removal to the United States District Court for the Western District of Missouri was filed, and serving a copy of this Notice of Removal upon Plaintiff.

WHEREFORE, Defendant respectfully requests that this action, now pending in the Forty-Third Judicial Circuit Court, Clinton County, Missouri, be removed to the United States District Court for Western District of Missouri.

Respectfully submitted,

*/s/ Charles E. Reis, IV*
Charles E. Reis, IV, Bar No. 32535
creis@littler.com
Stephanie Cohan, Bar No. 70919
scohan@littler.com

LITTLER MENDELSON P.C.
600 Washington Avenue
Suite 900
St. Louis, MO 63101
Telephone: 314.659.2000
Facsimile: 314.659.2099

Attorneys for Defendant

**CERTIFICATE OF SERVICE**

    I hereby certify that on September 24, 2021, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system to be served by operation of the Court's electronic filing system and via email upon the following:

Charles Jason Brown
Jayson A Watkins
Brown & Watkins, LLC
301 S. US 169 Hwy.
Gower, MO 64454
brown@brownandwatkins.com
watkins@brownandwatkins.com

*Attorneys for Plaintiff*

                          /s/ *Charles E. Reis, IV.*

4841-8420-4795.3 / 999991-0363

4

Case 5:21-cv-06116-FJG   Document 1   Filed 09/24/21   Page 4 of 4